# Court of Appeals
# of the State of Georgia

ATLANTA,  December 14, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0181. JAMES LEON WASHINGTON v. THE STATE.**

James Leon Washington, who is proceeding pro se, has filed a timely application for discretionary appeal seeking to appeal an order dismissing his "motion to appoint counsel, withdraw guilty plea, and change sentence." As a general matter, an order denying or dismissing a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376, 376 (659 SE2d 380) (2008); *Campus v. State*, 369 Ga. App. 269, 269-270 (893 SE2d 161) (2023) (affirming on direct appeal trial court's order dismissing untimely motion to withdraw guilty pleas).

We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Washington shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  12/14/2023

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.